# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ADAM J. ROSH, M.D.,**

      Plaintiff,

vs.                                          Hon. Gershwin A. Drain
                                               Case No.: 20-11081

**THE GUARDIAN LIFE INSURANCE**
**COMPANY OF AMERICA,**

      Defendant.

_____/

## STIPULATION AND ORDER TO DISMISS
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

The above-named Parties, through their respective counsel, stipulate and agree to dismiss the above-captioned matter with prejudice and with each party to bear its own attorneys' fees and costs, and request that this Court enter an Order of Dismissal pursuant to Fed. R. Civ. P. 41(a)(2).

Approved as to form and substance:

| | |
|---|---|
| s/ Ilana S. Wilenkin | s/ Joseph R. Jeffery |
| Plaintiff's attorney | Defendant's attorney |
| Ilana S. Wilenkin (P61710) | Joseph R. Jeffery (IL Bar # 6239226) |
| FELDHEIM & WILENKIN, P.C. | Chittenden, Murday & Novotny, LLC |
| 30300 Northwestern Highway, Suite 108 | 303 W. Madison Street, Suite 2400 |
| Farmington Hills, MI 48334-3255 | Chicago, Illinois 60606 |
| ilana@lawsmf.com | jjeffery@cmn-law.com |

Dated:  June 4, 2021

**ORDER**

IT IS SO ORDERED.

Dated: June 8, 2021          <u>s/Gershwin A. Drain          </u>

                             HON. GERSHWIN A. DRAIN
                             U.S. DISTRICT COURT JUDGE